☒ FILED    ☐ LODGED

# Sep 24 2024

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

Sonia Ann Rodriguez # 103830
Name and Prisoner/Booking Number

ASPC-PV-SanCarlos Unit
Place of Confinement

P.O.Box 3700
Mailing Address

Goodyear, Arizona 85338
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

Sonia Ann Rodriguez # 103830                    ,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) Mc millian                              ,
(Full Name of Defendant)

(2) " and Other's"                          ,

(3) _____                 ,

(4) _____                 ,

Defendant(s).

☒ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV-24-2549-PHX-JJT (CDB)
_____
(To be supplied by the Clerk)

### CIVIL RIGHTS COMPLAINT
### BY A PRISONER

"Jury Trial Demanded"

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A.  JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:
    ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
    ☐ Other: _____.

2.  Institution/city where violation occurred: Arizona Department of Corrections-Perryville-San Carlos Unit.

**550/555**

# A. JURISDICTION

1. mcmillian
2. Barreras
3. williams
4. Ramirez
5. Adamu
6. Matoz
7. Alfred
8. Cole
9. Batof
10. ~~barras~~ mario I. Duenas
11. michael D. colburn
12. Shanron Garcia
13. Chistina Sena
14. Anthony Jones
15. Dwayne L. Russell
16. Ryan Thornell
17. Nitavidad
18. Eve Kelemen

1 - A

## B.  DEFENDANTS

1.  Name of first Defendant: McMillian _____ .  The first Defendant is employed
as: Mail/Property - Sergeant _____ at A.D.O.C -Perryville-SanCarlos Unit ___
        (Position and Title)                                 (Institution)

2.  Name of second Defendant: Barreras _____ .  The second Defendant is employed as:
as: Mail/Property - Corporal _____ at A.D.O.C-Perryville-SanCarlos Unit ___
        (Position and Title)                                 (Institution)

3.  Name of third Defendant: Williams _____ .  The third Defendant is employed
as: Mail/Property - Corporal _____ at A.D.O.C-Perryville-SanCarlos Unit ___
        (Position and Title)                                 (Institution)

4.  Name of fourth Defendant: Ramirez _____ .  The fourth Defendant is employed
as: Mail/Property - Officer _____ at A.D.O.C-Perryville-San carlos Unit ___
        (Position and Title)                                 (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C.  PREVIOUS LAWSUITS

1.  Have you filed any other lawsuits while you were a prisoner?  ☒Yes  ☐No

2.  If yes, how many lawsuits have you filed? One .  Describe the previous lawsuits:

    a.  First prior lawsuit:
        1.  Parties: Sonia Ann Rodriguez #103830  v. John, Naphcare, Malcome, April,
                                               mums, and Johnson
        2.  Court and case number: CV-24-489-PHX-JJT (CDB)
        3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?) Yes

    b.  Second prior lawsuit:
        1.  Parties: _____ v. _____
        2.  Court and case number: _____
        3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)____

    c.  Third prior lawsuit:
        1.  Parties: _____ v. _____
        2.  Court and case number: _____
        3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

# B.DEFENDANTS

5. Name of fifth Defendant: Adamu _____. The fifth Defendant is employed as: Shift Supervisor-Lieutenant at A.D.O.C-Perryville-San Carlos unit.
(Position  and  Title)

6. Name of sixth Defendant: Matoz _____. The sixth Defendant is employed as: Complex Mailroom-Officer at A.D.O.C-Perryville-San Carlos unit.
(Position  and  Title)

7. Name of seventh Defendant: Alfred _____. The seventh Defendant is employed as: Legal mail Deliverer-Officer at A.D.O.C-Perryville-San Carlos unit.
(Position  and  Title)

8. Name of eighth Defendant: Cole _____. The eighth Defendant is employed as: Mail/Property-Lieutenant at A.D.O.C-Perryville-San Carlos unit.
(Position  and  Title)

9. Name of ninth Defendant: Batdof _____. The ninth Defendant is employed as: Mail/Property-Lieutenant at A.D.O.C-Perryville-San Carlos unit.
(Position  and  Title)

10. Name of tenth Defendant: mario I. Duenas. The tenth Defendant is employed as: Supervisor over all security-Captain at A.D.O.C-Perryville-San Carlos unit.
(Position  and  Title)

11. Name of eleventh Defendant: michael D. Colburn. The eleventh Defendant is employed as: Grievance coordinator-COIII at A.D.O.C-Perryville-San Carlos unit.
(Position  and  Title)

12. Name of twelfth Defendant: Shannon Garcia. The twelfth Defendant is employed as: Assistant Deputy warden at A.D.O.C-Perryville-San Carlos unit.
(Position and Title)

13. Name of thirteenth Defendant: Christina Sena. The thirteenth Defendant is employed as: Grievance coordinator-COIV at A.D.O.C-Perryville-San Carlos unit.

2-A

# B. DEFENDANTS

14. Name of four teenth Defendant: Anthony Jones. The four teenth Defendant is employed
as: __Deputy warden__ at __A.D.O.C-Perryville-San Carlos Unit.__
(Position and Title)

15. Name of fifteenth Defendant: Dwayne L. Russell. The fifteenth Defendant is employed
as: Resource Center librarian Specialist at A.D.O.C-Perryville San Carlos Unit.
(Position and Title)

16. Name of sixth teenth Defendant: Ryan Thornell. The sixth teenth Defendant is employed
as: __Director__ at __A.D.O.C-Perryville-San Carlos Unit.__
(Position and Title)

17. Name of seventh teenth Defendant: Nita Vidad. The seventh teenth Defendant is employed
as: __Officer__ at A.D.O.C-Perryville-San Carlos Unit.
(position and Title)

18. Name of eight teenth Defendant: Eve Kelemen. The eight teenth Defendant is employed
as: ~~correc~~ Grievance Coordinator COIII at A.D.O.C-Perryville-San Carlos Unit.
(Position and          Title)

2-B

## D. CAUSE OF ACTION

## COUNT I

1. State the constitutional or other federal civil right that was violated: Sixth Amendment, and A.D.O.C Policie's ~ DO902', DO914, DO919, and DO501, and DO 2209

2. **Count I.** Identify the issue involved. Check **only one.** State additional issues in separate counts.
   - ☐ Basic necessities
   - ☒ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   1.) Sergeant Mc millian On April 4, 2024 prevented my legal mail to be delivered to my lawyer, ACLU, and interfered with my confidential relationship with counsel. Sergeant Mc millian stated to me, "This legal mail and its contents are not "legal mail", I don't want to hear about ACLU", Complex mail gave me your legal mail and said to give it back to you."

   2.) Corporal Barreras On April 4, 2024 prevented my legal mail to be delivered to my lawyer, ACLU, and interfered with my confidential relationship with counsel. Corporal Barreras stated to me "we don't do those forms here on Carlos, like they do on Cruz and Lumley. I'll take your legal mail and when they give me a receipt. I will then give it to you."

   3.) Corporal Williams On April 4, 2024 prevented my Legal mail to be delivered to my lawyer, ACLU, and interfered with my confidential relationship with counsel. Corporal williams stated to me," This time complex mail said I can take your mail, this one time". Her interference has happened on more than one occasion.

   4.) Officer Ramirez On April 4, 2024, April 10th, 2024 and on more than two occasions is mail/property officer participated with other officer's named in this complaint, and prevented my legal mail to be delivered to my lawyer, ACLU, and interfered with my confidential relationship with counsel. Officer Ramirez stated to me," I don't know where it is." and," I don't have it."

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   My medical care, confidentiality and correspondence and advocacy by my lawyer(s)/my provider(s) was blocked and interupted by all defendant(s) mentioned in count I.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count I?  ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Count I to the highest level?  ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

# Count I.

## D. CAUSE OF ACTION / Supporting Facts.

5.) Lieutenant Adamu On April 4, 2024 prevented my legal mail to be delivered to my lawyer, ACLU, and interfered with my confidential relationship with counsel. Lieutenant Adamu stated to me, "tell inmate she needs to get with her COIII to get her legal mail out."

6.) Officer matoz On 4-4-2024, 4-26-2024, and on two or more occasions is Complex Mailroom officer prevented my legal mail to be delivered to my lawyer, ACLU, and interfered with my confidential relationship with counsel. Officer matoz stated to me, "I mailed ~~xxxx~~ (that) letter out." She said she would provide me proof ie.. Copy of legal Mail Log, she has not done this for 8-23-24, On 4-26-24 I spoke with ACLU. They said, they did not get my mail until 4-26-24, I sent it on 4-4-2024."

7.) Officer Alfred On April 10th, 2024 was "legal mail Deliverer", continuously withheld and kept my legal mail from lawyer, ACLU and interfered with my confidential relationship with counsel. Officer Alfred stated to me, "sign here on this paper", and then He said, "I am keeping your legal mail envelope, you can't have it." It was my legal mail envelope from ACLU. Officer Alfred, "Seized legal mail without completing the Inmate/property contraband disposition tracking form and disposed of ACLU envelope outside of the complex perimeter."

8.) Lieutenant Cole On April 10th, 2024 and more than one occasion was Shift Supervisor participated and enforced officer Alfred to keep my legal mail envelope on several occasions and not return it to me from lawyer, ACLU, she interfered with my confidential relationship with counsel. Lieutenant Cole, "Seized legal mail without completing the Inmate/property contraband disposition tracking form and disposed of ACLU envelope outside of the Complex perimeter."

9.) Lieutenant Batdof on 8-22-2024 is Support Supervisor and oversees mail/Property. He participated and prevented my legal mail to be delivered to my lawyer, ACLU, and interfered with my confidential relationship with counsel. Refused to address legal mail issues with his staff.

3 - A

Count I.

D. CAUSE OF ACTION/Supporting Facts.

10.) Captain Dvenas On 4-10-2024 Oversees all security and in his oversight as Captain, He on more than one occasions allowed, prevented my legal mail to be delivered to my lawyer, ACLU, and interfered with my confidential relationship with counsel. Captain Dvenas stated to me, "I don't deal with legal mail issues, go to your COIII Colburn". Captain Dvenas allowed his staff to "Seize legal mail without completing the Inmate/Property Contraband disposition tracking form and disposed of ACLU envelope outside of the Complex perimeter."

11.) COIII Colburn On 4-4-24, 4-11-24, and 4-15-2024, and on more than one occasions was Grievance Coordinator, participated, prevented my legal mail to be delivered to my lawyer, ACLU, and interfered with my confidential relationship with counsel. COIII Colburn stated, "In grievance reply staff member reported the envelope that was ACLU envelope was seized due to the metal fastener being a threat to the security of the institution." "A seized property was not completed and ACLU envelope was disposed of outside of the Complex perimeter." I said, "ACLU sent me this envelope it does not have any metal fastener, it is a plain envelope with ACLU's address, is pre-printed and states "Legal mail" mail on envelope."

12.) Assistant Deputy warden Garcia on 5-13-24 for two issues. ~~reported~~ She oversees all security and D.O.C staff continues and participated, prevented my legal mail to be delivered to my lawyer, ACLU, and interfered with my confidential relationship with counsel. By refusing to send my grievance appeal on my "Legal Mail" Issue to Deputy General Counsel. I have never received a response from Deputy General Counsel. She also allowed her staff to, "Seize legal mail without completing the Inmate/property Contraband disposition tracking form and disposed of ACLU envelope outside of the Complex perimeter."

13.) Deputy Warden Jones On 4-15-2024 Oversees entire San Carlos unit. He continues to and participated, prevented my legal mail to be delivered to my lawyer, ACLU, and interfered with my confidential relationship with counsel. Deputy warden Jones allowed Grievance coordinator to respond on his behalf. He stated, "it does not appear this was an act of retaliation by my staff." "A seized property receipt was not completed and ACLU envelope was disposed of outside of the Complex ~~xxxxx~~ Perimeter" 4-15-24, and all mentioned

3 — B

Count I.

D. Cause of ACTION/supporting Facts.

13A) herein this complaint, and on more than one occasions.

14.) Director Ryan Thornell oversees all A.D.O.C. staff at Perryville. His staff still continues to not only in the past but up to todays date, In preventing my legal mail to be delivered to my Lawyer, ACLU, and interfered with my confidential relationship with counsel, stated on grievance for Thornell's staff "seized legal mail without completing the Inmate/ Property contraband disposition tracking form and disposed of ACLU envelope outside of the complex perimeter."

15.) Resource Center Librarian Mr. Russell on 3-07-24, 5-02-24, 6-06-24, and 6-18-24 and on more than one occasions tampered, scanned, and read my "legal mail" and then electronically filed incomplete documents. He stated to me, "what my Judge said in my Affidavit to courts". I said, Mr. Russell, "how did you know what I wrote in my complaint to the Judge"? He replied, "you can't get me in trouble". Then in previous conversation about my grievance complaints, He mentioned my mail to constituent services, and says, "Regina Dorsey is my wife's best friend and they talk on the phone every day." (Deputy Warden Thomas/Russell oversees San teresa/Plestewa units) at Perryville. Also I asked Mr. Russell why there isn't a "confidential area" in Library to prepare and process my legal mail? His response, "you can't help other inmates) with legal mail or preparing it."

16.) CO III Sena on 5-22-24 was Grievance Coordinator, she participated, prevented my "legal mail" from being electronically filed completely, per her grievance response admitted reading (scanning) my electronic legal mail to the courts. She knew confidential details as stated in grievance response.

3-C

Count I.

D. Cause of Action/Supporting Facts.

17.) COII Eve Kelemen Grievance Coordinator On 9-22-24 prevented my legal mail to be delivered to my lawyer, ACLU, and interfered with my confidential relationship with counsel by not giving me the copy of legal mail Log, after I requested it and payment for this copy was deducted out my inmate Trust Account. In her grievance response to me, "your request to receive a copy cannot be granted."

3-D

## COUNT II

1.  State the constitutional or other federal civil right that was violated: First Amendment, and A.D.O.C. Policies – D0902; D0914, D0919, and DO501, and DO2209

2.  **Count II.** Identify the issue involved.  Check **only one**.  State additional issues in separate counts.
    ☐ Basic necessities          ☐ Mail               ☐ Access to the court       ☐ Medical care
    ☐ Disciplinary proceedings   ☐ Property           ☐ Exercise of religion      ☒ Retaliation
    ☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other: _____

3.  **Supporting Facts.**  State as briefly as possible the FACTS supporting Count II.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

    1.) Resource center librarian mr. Russell On 3-07-24, and 9-12-24 and on two or more occasions retaliated and unreasonably intruded and prevented my electronic "legal mail" to united states District court of Arizona to be processed electronically and interfered with my confidentiality by reading my electronic legal mail, and stated to me "you can't get me in trouble." After my letter ~~constituent services~~ of complaint about legal mail to constituent services, He stated to me "Regina Dorsey from constituent services is my wifes best friend, they talk on the phone every day!. He stated", Inmates can't help other inmates with legal mail." On two or more occasions I asked mr. Russell why there is no area or confidential place/space to prepare my legal paperwork as I can not reserve Boy recreation room and girl's can't come in randomely to look at board or use computer. There is no space in library to prepare confidential or help others prepare.

    2.) Sergeant mcmillian On 4-4-24 retaliated and unreasonably intruded and prevented my legal mail to ACLU to be processed and mailed by stating to me, "This "legal mail" and it's contents are not legal mail, and I don't want to hear about ACLU." Then he continued, "Complex mail gave me your "legal mail and said to give it back to you."

    3.) Corporal Contreras On 4-4-24 retaliated and unreasonably intruded and prevented my legal mail to ACLU to be processed and mailed by stating "We don't do those forms here on Carlos, like they do on cruz and Winley, I'll take your legal mail and when they give me a receipt, I will then give it to you."

4.  **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).
    my medical care, confidentiality, correspondence and advocacy blocked/interupted to my providers) and my lawyers) by the retaliation of all defendant(s) mentioned in count II

5.  **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                                    ☒ Yes    ☐ No
    b.  Did you submit a request for administrative relief on Count II?                          ☒ Yes    ☐ No
    c.  Did you appeal your request for relief on Count II to the highest level?                 ☒ Yes    ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

Count II.

3. Supporting Facts.

4.) Corporal Williams On 4-4-24 and on more than one occasion retaliated and unreasonably intruded and prevented my legal mail to ACLU to be processed and mailed by, stating "; This time complex mail said I can take your mail, this one time"!

5.) Lieutenant Adamu On 4-4-24 retaliated and unreasonably intruded and prevented my legal mail to ACLU to be processed and mailed by Stating, " tell inmate she needs to get with her COIII to get her legal mail out."

6.) Officer Ramirez On 4-4-24, 4-10-24, 8-19-24 and on more than three occasions retaliated and unreasonably intruded and prevented my legal mail to ACLU to be processed and mailed, when I asked her for receipt of my " legal mail log", She said to me", I don't have it." She continues till this day to withhold and give me a copy of " legal mail log" to ensure that my legal mail to ACLU went out, as I have paid for this copy and funds have been taken out of Trust Account for this cost, Also she's stated to me," I don't know where it is"

7.) Officer Alfred 4-10-24 and more than one occasion retaliated and unreasonably intruded and prevented me from receiving my legal mail from ACLU kept my legal mail from me and would not return it. On several occasions, He stated to me, " sign here on this paper," and then said," I am keeping your legal mail envelope, you can't have it." Officer Alfred," seized legal mail without competing the Inmate/Property Contraband disposition tracking form and disposed of ACLU envelope outside of the Complex perimeter,"

8.) Lieutenant Cole On 4-10-24 ~~and on more than one occasion~~ and on more than one occasion was shift supervisor retaliated, intruded, and prevented my legal mail to ACLU to be processed and mailed, She enforced other ~~state~~ officer's to keep my legal mail and not return it to me from lawyer ACLU. Lieutenant Cole," seized legal mail without completing the Inmate/Property Contraband disposition tracking form and disposed of ACLU envelope outside of the Complex perimeter,"

4 - A

Count II.

3. Supporting Facts.

9.) Officer Nitavidad on 5-6-24 retaliated 'intruded in my legal mail process by stating, "Lawyer up Rodriguez".

10.) Lieutenant Batof on 8-22-24 and on more than one occasion was Supporting Supervisor, Oversees mail/property. He retaliated, intruded and prevented my legal mail to ACLU to be processed and mailed. Lieutenant Batof said to me, "Come back tomorrow he'd look into it" but then he passed my legal mail issue to Corporal Williams on 8-22-24

11.) Captain Duenas on 9-9-24 oversees all Security for San Carlos unit. He retaliated, intruded and prevented my legal mail to ACLU to be processed and mailed. He stated to me, "I don't handle that, go see COIII Colburn about grievance issues." Then, later when I asked officer Ramirez for copy of "legal mail log" she said, "She don't have it". In grievance response Captain Duenas responded, "mailroom staff do not provide copies of "legal mail forms", Logs"!

12.) COIII Colburn On 4-11-24 and 4-15-24 was Grievance Coordinator. He retaliated, intruded and prevented my legal mail to ACLU to be processed and mailed. He stated in grievance response, "staff member reported the envelope that was ACLU envelope was seized and destroyed do to a metal fastener being a threat to the security of the institution." He also stated when I showed him a ACLU envelope, "this envelope is not legal mail, it has to have A.D.O.C stamp on it." I replied, "then why does ACLU send them to me and other inmates pre-addressed with their name and pre-printed and pre-paid postage stamp and legal mail at left side of envelope." He also stated in previous grievance responses, "the staff that seized and destroyed your legal mail from ACLU, It does not appear this was an act of retaliation." "A seized property receipt was not completed and envelope was disposed of outside of the complex perimeter."

4-B

Count II.

3. Supporting Facts.

13) COIII Christina Sena On 5-2-24 was Grievance coordinator. She retaliated, intruded and prevented my legal mail from being electronically filed, she responded for COII Colburn and in her grievance response admitted confidential details about my civil case claim. For instance, how many pages it was, and names specific forms filed which would only be known by her if she was reading my civil complaint.

14.) Assistant Deputy warden Shannon Garcia On 3-7-24, 4-8-24, 5-13-24 Oversees all staff and their direction (Acting D.W) she retaliated, intruded and prevented my legal mail to ACLU to be processed and mailed by refusing twice to send my grievance appeal on my (Legal Mail) issues to Deputy General Counsel.

15.) Deputy warden Anthony Jones On 3-07-24 and more than one occasion Oversees all staff and their direction for entire San Carlos unit. He retaliated, intruded and prevented my legal mail to ACLU to be processed and mailed by allowing COII Colburn to respond on his behalf and he stated," it does not appear this was an act of retaliation."

16.) Officer Matoz On 8-23-24 and on more than one occasion is Complex, mailroom officer. She retaliated, intruded and prevented my legal mail to ACLU to be processed and legal mail mailed by stating to me", I mailed (that) letter out." She agreed to give me a copy of my "Legal Mail Log", if I paid for the copy. .5¢ was deducted out of my inmate trust account for the copy of the "Legal Mail Log" I have asked officer Ramirez for this copy on several occasions, officer Ramirez still to this day continues to tell me, "I don't have it." She also withheld legal mail to ACLU to be mailed out. I spoke with ACLU, they said," they did not get my mail until 4-26-24 the day I spoke with ACLU," and my legal mail to ACLU was sent out on 4-4-24.

4 - C

Count II.

### 3. Supporting Facts.

17.) COIII Eve Kelemen Grievance coordinator On 9-22-24 retaliated and unreasonably intruded and prevented my legal mail to ACLU to be processed and mailed by stating in grievance response "your request to receive a copy cannot be granted.",

4-D

## COUNT III

1. State the constitutional or other federal civil right that was violated: Fourteenth Amendment A.D.o.C Policies - DO902; DO914, DO919, and DO501, and DO2209.

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☒ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

1.) Ryan Thornell, Director of A.D.C and all of his complacity of oversight continues to allow his staff at San Carlos Unit to violate my right to "access to the courts", and is substantially hindering my rights to "confidential legal mail" by not providing "a confidential area" and space that would accommodate me plus the 1300+ female prisoners that does not violate D.O.c policy (i.e. "bay hopping" to help each other with legal claims) to prepare, research and not infringe on the other female inmate's "access" to Rec Room" or other Rec Room activities, as the "library space" on San Carlos Unit does not provide space, nor a "confidential area" for this right to due process, and as I am a plaintiff of ACLU and when I try to "mail out" my "legal mail" by going to "mail/property, area, my efforts are delayed and sometimes interfered with my ability to mail out legal mail. D.O.C staff substantially is hindering and in some cases preventing my access to the mail room as it is understaffed, posted hours are infrequent and inconsistent and in'a majority of my attempts at access to this legal mail out process is unsuccessful. Legal mail to ACLU on 4-16-24 was "seized legal mail without completing the Inmate Property contraband disposition tracking form and disposed of outside of the complex perimeter."

2.) Deputy Warden Anthony Jones and all his complacity of oversight of D.O.C San Carlos unit, violated my right to "access of courts" and to pursue legal claims by not providing a "confidential area and space."

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

My Medical care, confidentiality, correspondence, advocacy from my lawyer(s) and provider(s) and due process to remedy my medical complaint was substancially hindered by preventing my access to courts by all defendant(s) mentioned in Count III.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count III? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count III to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

Count III.

3. Supporting Facts.

2A) In his participation and allowing his staff under his supervision to violate my rights to "access to the courts" and substantially and knowingly interfered, intruded, and substantially hindering "access to the courts". On 4-10-24 by destroying my legal mail from my lawyers ACLU "seized legal mail without completing the Inmate/property contraband disposition tracking form and disposed of ACLU envelope outside of the complex perimeter."

3.) Resource center librarian Mr. Russell at San Carlos Unit, on one or more occasion's, violated my right to "access to the courts" when E-Filing my legal claim(s) On 3-07-24, and 9-12-24, by blocking, interfering with, and hindering my efforts in due process and to E-File my legal claim(s) electronically. He has violated my right to "confidential legal access" by scanning and making copies of my "legal mail letters with lawyers, from and to ACLU and sharing this "confidential relationship and information with other staff member(s) and inmates, when I asked Mr. Russell why is he violating these rights, but not limited to when he states to me. Mr. Russell mentioned to me what my Judge said in my affidavit to the courts, I said, Mr. Russell, "how did you know what I wrote in my complaint to the Judge"? He replied, "you can't get me in trouble"! Then in a previous conversation about grievance complaints, He mentioned my mail to Constituent Services, and says, "Regina Dorsey is my wife's best friend and they talk on the phone everyday." Deputy Warden Thomas/Russell is the wife of Mr. Russell, she oversees entire Santa Rosa/Piestewa Unit's, Also Education mandatory CEPS (Teacher) on San Carlos Unit Mrs. Mckinzie/Russell is Mr. Russell's sister, Because of my concern of confidentiality of my 'access to the courts' I asked Mr. Russell why there isn't a "confidential area" in library to prepare and process my legal mail? His response, "you can't help other inmate(s) with legal mail or preparing it', He continues to violate my right to access to the courts and my confidentiality by facilitating himself as the only assistant with legal claim(s) at San Carlos Unit.

4.) Assistant Deputy Warden Garcia On 5-13-24, oversees all security and D.O.C. Staff and in her oversight at San Carlos unit she continues to allow her staff to violate my

5-A

Count III.

3. Supporting Facts.

4 A.) right to "access to the courts", and is substantially hindering my rights to process and pursue a Legal Claim(s) by refusing to send my legal mail grievance appeal to the Deputy General Counsel, and allowed her staff to "seized Legal mail without completing the Inmate/property contraband disposition tracking form and disposed of ACLU envelope outside of the complex prison perimeter."

5.) Captain Dipiras On 4-10-24, oversees all security on San Carlos unit, he continues to allow his staff to violate my rights to "access to the courts", and is substantially hindering my rights to due process and pursue a legal claim but not limited to when he states to me; by refusing to help me or listen to my legal mail issues with his staff regarding my legal "access to the courts". He said to me," I don't deal with legal mail issues, go to your COIII Culbum;" He allowed his staff to," seized Legal mail without completing the Inmate/property contraband disposition tracking form and disposed of ACLU envelope outside of the complex perimeter."

6.) COIII Colburn On 4-4-24, 4-11-24, 4-15-24, he, himself, and participated with other staff in violating my rights to "access to the Courts" by preventing my legal mail to ACLU to delivered and mailed, and thus violated my right of due process and to pursue a Legal Claim.

7.) COIII Sena On 5-2-24 She, herself, and participated with other staff in violating my right to "access to the courts" by preventing my legal mail to courts from being "electronically filed completely, Per her grievance respose, She admitted reading, scanning my electronic legal mail to the courts, she knew confidential details as stated in grievance respose, this violated my due process and the right to pursue a legal claim.

8.) Lieutenant Adamu On 4-4-24 he himself violated my right to "access to the courts" by and by advising officer mungia (his staff) bay officer to," tell me," tell inmate she needs to get with her COIII to get her legal mail out"! This was the legal mail to my lawyer, ACLU which substantially hindered my efforts to pursue a claim.

5-B

COUNT III.

3. Supporting Facts.

9.) Lieutenant Cole on 4-10-24 and on more than one occasion her, herself participated with other staff in violating my right to "access to the courts" by allowing staff to "seized legal mail without completing the Inmate/property contraband disposition tracking form and disposed of ACLU envelope outside of the Complex perimeter." This violated my right to due process and the right to pursue a legal claim.

10.) Lieutenant Battof on 8-22-24 he, himself and participated with other staff in violating my right to "legal access to the courts" by preventing my legal mail to courts from being processed and delivered to my lawyer(s) ACLU by not addressing the legal mail issue(s) with him and his staff and by passing off this incident off to Corporal Williams.

11.) Sergeant McMillian on 4-4-24 he, himself and participated with other staff in violating my right to "access to the courts" by preventing my legal mail to my lawyer, ACLU to be delivered and violated my due process right to pursue a legal claim but, not limited to when he states to me, "This legal mail and its contents are not "legal mail," I don't want to hear about ACLU." Complex mail gave me your legal mail and said to give it back to you."

12.) Corporal Carreras on 4-4-24 he, himself and participated with other staff in violating my right to "access to the courts" by preventing my legal mail to my lawyer, ACLU to be delivered and violated my due process right to pursue a claim but not limited to when he states to me "we don't do those forms here on Carlos, like they do on Cruz and Lumley. I'll take your legal mail and when they give me a receipt, I will then give it to you."

13.) Corporal Williams on 4-4-24 she, herself, and participated with other staff in violating my right to "access to the courts" by preventing my legal access to my lawyer, ACLU to be delivered and violated my due process and to pursue a legal claim but not limited to the when she states to me, "This time complex mail said I can take your mail, this one-time."!

5-C

Count III.

3. Supporting Facts.

14.) Officer Matoz 4-4-24, 4-26-24 on two or more occasion's and continues, she, herself, and participated with other staff in violating my right to "access to the courts" by preventing my legal access to my lawyer, ACLU to be delivered and violated my due process and to pursue a legal claim, but not limited to when she states to me, "I mailed that letter."

15.) Officer Ramirez on 4-4-24, 4-10-24 and more than two occasion's and continually her, herself and participated in violating my right to "access to the courts" by preventing my legal mail to my lawyer, ACLU to be delivered and violated my due process to pursue a legal claim but not limited when she states to me, "I don't know where it is," and "I don't have it."

16.) Officer Alfred on 4-10-24 and on more than one occasion he, himself and participated with other staff in violating my right to "access to the courts" by preventing to receive my legal mail from ACLU and kept my legal mail, and did not return it to me, but not limited to when he states to me "sign here on this paper," and then he said, "I am keeping your legal mail envelope, you can't have it." He "seized legal mail without completing the Inmate property contra and disposition tracking form and disposed of ACLU envelope outside of the complex perimeter,"

17.) COIII Kelemen Grievance coordinator on 9-22-24 her, herself and participated with other staff in violating my right to "access to the courts" by preventing my legal mail to ACLU to delivered and mailed, and thus violated my right of due process and to pursue a legal claim. by stating but not limited to in her grievance response, "your request to receive a copy cannot be granted."

5-D

## E.   REQUEST FOR RELIEF

State the relief you are seeking:

My Fourteenth, Sixth, and First Amendment rights were violated, I demand relief in "change" of A.D.O.C policy, and Arizona Legislature. Ayl other monetary amounts shall be discussed" in the future.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   9-24-2024

DATE                                             SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.   If you need more space, you may attach no more than fifteen additional pages.   But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6