Sonia Ann Rodriguez #103830
Name and Prisoner/Booking Number

ASPC-PV-San Carlos Unit
Place of Confinement

P.O. Box 3700
Mailing Address

Goodyear, Arizona 85338
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

FILED ☒  LODGED ___
RECEIVED ___ COPY ___

MAR 17 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE  LR Civ 5.4
(Rule Number/Section)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Sonia Ann Rodriguez,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) McClellan
(Full Name of Defendant)

(2) ADOCRR, et.al.,

(3) _____

(4) _____

Defendant(s).

☒ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV-24-2549-PHX-JJT(CDB)
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

"Jury Trial Demanded"

☐ Original Complaint
☒ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: _____.

2. Institution/city where violation occurred: Arizona Department of Corrections-Perryville-San Carlos Unit

Revised 12/1/23

1

550/555

## Defendant(s).

1. mcClellan
2. Barreras
3. Williams
4. Ramirez
5. Adamu
6. matoz
7. Alfred
8. Cole
9. Batof
10. Mario Duenas
11. michael Colburn
12. Shannon Garcia
13. Christina Sena
14. Anthony Jones
15. Dwayne Russell
16. Ryan Thornell
17. Nitavidad
18. Eve Kelemen

## B. DEFENDANTS

1. Name of first Defendant: McClellan. The first Defendant is employed as: Mail/Property - Sergeant (Position and Title) at A.D.O.C-Perryville-San Carlos Unit (Institution).

2. Name of second Defendant: Barreras. The second Defendant is employed as: Mail/Property - Corporal (Position and Title) at A.D.O.C-Perryville-San Carlos Unit (Institution).

3. Name of third Defendant: Williams. The third Defendant is employed as: Mail/Property - Corporal (Position and Title) at A.D.O.C-Perryville-San Carlos Unit (Institution).

4. Name of fourth Defendant: Ramirez. The fourth Defendant is employed as: Mail/Property - Officer (Position and Title) at A.D.O.C-Perryville-San Carlos Unit (Institution).

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner? ☒ Yes ☐ No

2. If yes, how many lawsuits have you filed? One. Describe the previous lawsuits:

    a. First prior lawsuit:
       1. Parties: Sonia Ann Rodriguez #103830 v. John Nophcare, Malcome, April, Mummes, and Johnson
       2. Court and case number: CV-24-489-PHX-JJT (CDB)
       3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) Yes

    b. Second prior lawsuit:
       1. Parties: _____ v. _____
       2. Court and case number: _____
       3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

    c. Third prior lawsuit:
       1. Parties: _____ v. _____
       2. Court and case number: _____
       3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## B. DEFENDANTS

5.) Name of fifth Defendant: <u>Adamu</u>. The fifth Defendant is employed as: <u>Shift Supervisor-Lieutenant</u> at <u>A.D.O.C-Perryville-San Carlos Unit.</u>

6.) Name of sixth Defendant: <u>Matoz</u>. The sixth Defendant is employed as: <u>Complex mailroom-Officer</u> at <u>A.D.O.C-Perryville-San Carlos Unit.</u>

7.) Name of seventh Defendant: <u>Alfred</u>. The seventh Defendant is employed as: <u>Legal mail Deliver-Officer</u> at <u>A.D.O.C-Perryville-San Carlos Unit.</u>

8.) Name of eighth Defendant: <u>Cole</u>. The eighth Defendant is employed as: <u>Mail/Property-Lieutenant</u> at <u>ADOC-Perryville-San Carlos Unit.</u>

9.) Name of ninth Defendant: <u>Batdof</u>. The ninth Defendant is employed as: <u>Mail/Property-Lieutenant</u> at <u>A.D.O.C-Perryville-San Carlos Unit.</u>

10.) Name of tenth Defendant: <u>Mario Duenas</u>. The tenth Defendant is employed as: <u>Supervisor overall Security-Captain</u> at <u>A.D.O.C-Perryville-San Carlos Unit.</u>

11.) Name of eleventh Defendant: <u>Michael Colburn</u>. The eleventh Defendant is employed. as: <u>Grievance Coordinator-CO IV</u> at <u>ADOC-Perryville-San Carlos Unit.</u>

12.) Name of twelfth Defendant: <u>Shannon Garcia</u>. The twelfth Defendant is employed. as: <u>Assistant Deputy Warden</u> at <u>A.D.O.C-Perryville-San Carlos Unit.</u>

13.) Name of thirteenth Defendant: <u>Christina Sena</u>. The thirteenth Defendant is employed. as: <u>Grievance Coordinator-CO III</u> at <u>A.D.O.C-Perryville-San Carlos Unit.</u>

14.) Name of fourteenth Defendant: <u>Anthony Jones</u>. The fourteenth Defendant is employed. as: <u>Deputy Warden</u> at <u>A.D.O.C-Perryville-San Carlos Unit.</u>

15.) Name of fifthteenth Defendant: <u>Dwayne Russell</u>. The fifthteenth Defendant is employed. as: <u>Resource Center Librarian Specialist</u> at <u>A.D.O.C-Perryville-San Carlos Unit.</u>

2-A

## B. DEFENDANTS

16.) Name of sixteenth Defendant: <u>Ryan Thornell</u>. The sixteenth Defendant is employed.
as: <u>Director</u>, at <u>A.D.O.C-Perryville-San Carlos Unit</u>.

17.) Name of seventeenth Defendant: <u>Nitovidad</u>. The seventeenth Defendant is employed.
as: <u>Officer</u> at <u>A.D.O.C-Perryville-San Carlos Unit</u>.

18.) Name of eighteenth Defendant: <u>Eve Kelemen</u>. The eighteenth Defendant is employed.
as: <u>Grievance Coordinator-COIII</u>, at <u>A.D.O.C-Perryville-San Carlos Unit</u>.

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: Sixth Amendment was violated, my confidential relations with counsel.

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☒ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   1) Sergeant Mc Clellan on April 4, 2024, prevented, Interfered with my confidentiality with my counsel violating my Sixth Amendment my right to be present when legal mail pertaining to a criminal matter is inspected and to Petition the Government for a redress of grievances and equal protection under the law.

   2) Corporal Barreras on April 4, 2024, prevented, Interfered with my confidentiality with my counsel violating my Sixth Amendment my right to be present when legal mail pertaining to a criminal matter is inspected and to Petition the Government for a redress of grievances and equal protection under the law.

   3) Corporal Williams on April 4, 2024, prevented, Interfered with my confidentiality with my counsel violating my Sixth Amendment my right to be present when legal mail pertaining to a criminal matter is inspected and to Petition the Government for a redress of grievances and equal protection under the law.

   4) Officer Ramirez on April 4, 2024 Prevented, Interfered with my confidentiality with my counsel violating my Sixth Amendment my right to be present when legal mail pertaining to a criminal matter is inspected and to Petition the Government for a redress of grievances and equal protection under the law.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   The Plaintiff was injured by the actions of the defendants, which violated the Plaintiff's Sixth Amendment my confidentiality and relations with my counsel.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count I to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

# Count I.
## D. CAUSE OF ACTION/Supporting Facts.

5.) Lieutenant Adamu on April 4, 2024, Prevented, Interfered with my confidentiality with my counsel, violating my Sixth Amendment my right to be present when legal mail pertaining to a criminal matter is inspected and to Petition the Government for a redress of grievances and equal protection under the law.

6.) Officer Matez on April 4, 2024, 04-26-2024 and on other occasions, Prevented, Interfered with my confidentiality with my counsel, violating my Sixth Amendment my right to be present when legal mail pertaining to a criminal matter is inspected and to Petition the Government for a redress of grievances and equal protection under the law.

7.) Officer Alfred on April 10, 2024 and on other occasions, Prevented, Interfered with my confidentiality with my counsel, violating my Sixth Amendment my right to be present when legal mail pertaining to a criminal matter is inspected and to Petition the Government for a redress of grievances and equal protection under the law.

8.) Lieutenant Cole on April 10, 2024 and other occasions, Prevented, Interfered with my confidentiality with my counsel, violating my Sixth Amendment my right to be present when legal mail pertaining to a criminal matter is inspected and to Petition the Government for a redress of grievances and equal protection under the law.

9.) Lieutenant Batdof on 08-22-2024, and on other occasions Prevented, Interfered with my confidentiality with my counsel, violating my Sixth Amendment my right to be present when legal mail pertaining to a criminal matter is inspected and to Petition the Government for a redress of grievances and equal protection under the law.

10.) Captain Duenas on April 10, 2024 and on other occasions Prevented, Interfered with my confidentiality with my counsel, violating my Sixth Amendment my right to be present when legal mail pertaining to a criminal matter is inspected and to Petition under the Government for a redress of grievances and equal protection under the law.

3-A

Count I.
D. CAUSE OF ACTION/Supporting Facts.

11.) COIII Colburn on April 4, 2024, 4-11-2024, 4-15-2025 and other occasions Prevented, Interfered with my confidentiality with my counsel; violating my sixth Amendment, my right to be present when legal mail pertaining to a criminal matter is inspected and to petition the Government for a redress of grievances and equal protection under the law.

12.) Assistant Deputy Warden Garcia on 05-13-2024 for two issues, Prevented, Interfered with my confidentiality with my counsel, violating my sixth Amendment, my right to be present when legal mail pertaining to a criminal matter is inspected and to petition the Government for a redress of grievances and equal protection under the law.

13.) Deputy Warden Jones on 04-15-2024 and other occasions, Prevented, Interfered with my confidentiality with my counsel, Violating my sixth Amendment, my right to be present when legal mail pertaining to a criminal matter is inspected and to petition the Government for a redress of grievances and equal protection under the law.

14.) Director Ryan Thornell oversees all A.D.O.C staff at Perryville. He continues to allow his staff to prevent, Interfer with my confidentiality with my counsel, Violating my sixth Amendment, my right to be present when legal mail pertaining to a criminal matter is inspected and to petition the Government for a redress of grievances and equal protection under the law.

# Count I.
## D. CAUSE OF ACTION/Supporting Facts.

15.) Resource Center Librarian Mr. Russell on 03-07-24, 05-02-24, 06-06-24 and 06-18-24 and other occasions, Prevented, Interfered with my confidentiality with my counsel, violating my sixth Amendment, my right to be present when legal mail pertaining to a criminal matter is inspected and to petition the Government for a redress of grievances and equal protection under the law.

16.) COIII Sena on 05-22-24 and other occasions, Prevented, Interfered with my confidentiality with my counsel, violating my sixth Amendment, my right to be present when legal mail pertaining to a criminal matter is inspected and to petition the Government for a redress of grievances and equal protection under the law.

17.) COIII Kelemen on 09-22-24 and other occasions, Prevented, Interfered with my confidentiality with my counsel, violating my sixth Amendment, my right to be present when legal mail pertaining to a criminal matter is inspected and to petition the Government for a redress of grievances and equal protection under the law.

# COUNT II

1. State the constitutional or other federal civil right that was violated: First Amendment was violated, my Freedom of Speech.

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☒ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: ____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   1) Resource Center Librarian Mr. Russell on 03-07-2024, 09-12-2024, and on other occasions retaliated and unreasonably intruded, prevented, interfered with my confidentiality to the courts by violating my First Amendment right to Petition the Government for a redress of grievances and equal protection under the law.

   2) Sergeant McClellan on 04-04-2024 retaliated and unreasonably intruded, prevented, interfered with my confidentiality to the courts by violating my First Amendment right to Petition the Government for a redress of grievances and equal protection under the law.

   3) Corporal Barreras on 04-04-2024 retaliated and unreasonably intruded, prevented, interfered with my confidentiality to the courts by violating my First Amendment right to Petition the Government for a redress of grievances and equal protection under the law.

   4) Corporal Williams on 04-04-2024 retaliated and unreasonably intruded, prevented, intruded with my confidentiality to the courts by violating my First Amendment right to Petition the Government for a redress of grievances and equal protection under the law.

   5) Lieutenant Adamu on 04-04-2024 retaliated and unreasonably intruded, prevented, interfered with my confidentiality with my counsel by violating my First Amendment ____

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   The Plaintiff was injured by the actions of the defendants which violated my First Amendment right to Freedom of Speech.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count II? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count II to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. ____

4

## Count II.
## 3. Supporting Facts.

5.) right to Petition the Government for a redress of grievances and equal protection under the law.

6.) Officer Ramirez on 04-04-24, 04-10-24, 8-19-24 and other occasions, retaliated and unreasonably intruded, Prevented, Interfered with my confidentiality with my counsel by violating my First Amendment right to Petition the Government for a redress of grievances and equal protection under the law.

7.) Officer Alfred on 04-10-24 and other occasions, retaliated and unreasonably intruded, Prevented, Interfered with my confidentiality with my counsel by violating my First Amendment right to Petition the Government for a redress of grievances and equal protection under the law.

8.) Lieutenant Cole on 04-10-24 and other occasions, retaliated and unreasonably intruded, Prevented, Interfered with my confidentiality with my counsel by violating my First Amendment right to Petition the Government for a redress of grievances and equal protection under the law.

9.) Officer Nitavidad on 05-06-24 retaliated and unreasonably intruded, Prevented, Interfered with my confidentiality with my counsel by violating my First Amendment right to Petition the Government for a redress of grievances and equal protection under the law.

4-A

# COUNT II.

## 3. Supporting Facts.

10.) Lieutenant Batof on 08-22-24 and other occasions retaliated and unreasonably intruded, prevented, interfered, with my confidentiality to my counsel by violating my First Amendment right to Petition the Government for a redress of grievances and equal protection under the law.

11.) Captain Duenas on 09-09-24 oversees all security for San Carlos unit. He retaliated and unreasonably intruded, prevented, interfered with my confidentiality to my counsel by violating my First Amendment right to Petition the Government for a redress of grievances and equal protection under the law.

12.) COIII Colburn on 04-11-24 and 04-15-24. He retaliated and unreasonably intruded, prevented, interfered with my confidentiality to my counsel by violating my First Amendment right to Petition the Government for a redress of grievances and equal protection under the law.

13.) COIV Christina Sena on 05-02-24 she retaliated and unreasonably intruded, prevented, interfered with my confidentiality to my counsel by violating my First Amendment right to Petition the Government for a redress of grievances and equal protection under the law.

14.) Assistant Deputy Warden Shannon Garcia on 03-07-24, 04-08-24, and 05-13-24 retaliated and unreasonably intruded, prevented, interfered with my confidentiality to my counsel by violating my First Amendment right to Petition the Government for a redress of grievances and equal protection under the law.

# Count II.

3. Supporting Facts.

15.) Deputy Warden Anthony Jones on 03-07-24 and other occasions. He retaliated and unreasonably intruded, prevented, interfered with my confidentiality to my counsel by violating my First Amendment right to Petition the Government for a redress of grievances and equal protection under the law.

16.) Officer Matoz on 08-23-24 and other occasions, she retaliated and unreasonably, intruded, prevented, interfered with my confidentiality with my counsel by violating my First Amendment right to Petition the Government for a redress of grievances and equal protection under the law.

17.) COIV Kelemen on 09-22-24 retaliated and unreasonably, intruded, prevented, interfered with my confidentiality with my counsel by violating my First Amendment right to Petition the Government for a redress of grievances and equal protection under the law.

4-C.

# COUNT III

1. State the constitutional or other federal civil right that was violated: Fourteenth Amendment violated Due Process.

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☒ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   1.) Ryan Thornell, Director of A.D.O.C and all of his compacity of oversight, allowed his staff at San Carlos Unit to violate my Fourteenth Amendment the right to "access to the courts" which No state shall make or enforce any law, which shall abridge the privileges or immunities of citizens of the United States; nor shall any state deprive any person of life, liberty, or property, without due process of law; no; nor deny to any person within it's jurisdiction the equal protection of the law.

   2.) Deputy Warden Anthony Jones and all of oversight of D.O.C San Carlos unite violated my right to "access of courts and to pursue a legal claim(s) participating, knowingly interfered, intruded, hindering by violating my Fourteenth Amendment the right to "access to the courts" which No state shall make or enforce any law, which shall abridge the privileges or immunities of citizens of the United States; nor shall any state deprive any person of life, liberty, or property, without due process of law; No; nor deny to any person within it's jurisdiction the equal protection of the law.

   3.) Resource Center Librarian Mr. Russell on 3-07-2024, 9-12-2024, and other occasions violated my right to "access of courts and to pursue a legal claim(s) by blocking, interfering, hindering, and confidentiality by violating my Fourteenth Amendment the right to "access to the courts" which

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   The Plaintiff was injured by the actions of the defendants which violated the Plaintiff Fourteenth Amendment the right to petition the Government and due process.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count III? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count III to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

5

# Count III.
## 3. Supporting Facts.

3.A) No state shall make or enforce any law, which shall abridge the privileges or immunities of citizens of the United States; nor shall any state deprive any person of life, liberty, or property, without due process of law; No; Nor deny to any person within its jurisdiction the equal protection of the law.

4.) Assistant Deputy Warden Garcia on 05-13-24 violated my right to "access of courts and to pursue a legal claim(s) participating, knowing interfered, intruded, hindering by violating my Fourteenth Amendment the right to "access to the courts" which No state shall make or enforce any law, which shall abridge the privileges or immunities of citizens of the United States; nor shall any state deprive any person of life, liberty, or property, without due process of law; No; Nor deny to any person within its jurisdiction the equal protection of the law.

5.) Captain Duenas on 04-10-24 violated my right to "access of courts and to pursue a legal claim(s) participating, knowing interfered, intruded, hindering by violating my Fourteenth Amendment the right to "access to the courts", which No state shall make or enforce any law, which shall abridge the privileges or immunities of citizens of the United States; nor shall any state deprive any person of life, liberty, or property without due process of law; No; Nor deny to any person within its jurisdiction the equal protection of the law.

6.) COIII Colburn on 04-04-24, 04-11-24, and 04-15-24 violated my right to "access of courts and to pursue a legal claim(s) participating, knowing, interfered, intruded, hindering by violating my Fourteenth Amendment the right to "access to the courts", which No state shall make or enforce

5-A

# Count III.

## 3. Supporting Facts.

6.A) any law, which shall abridge the privileges or immunities of citizens of the United States; Nor shall any state deprive any person of life, liberty, or property without due process of law; NO; Nor deny to any person within it's jurisdiction the equal protection of the law.

7.) CO IV sena on 05-02-24 violated my right to "access of courts and to pursue a legal claim(s) participating, knowing, interfered, intruded, hindering by violating my Fourteenth Amendment the right to "access to the courts", which No state shall make or enforce any law, which shall abridge the privileges or immunities of citizens of the United States; Nor shall any state deprive any person of life, liberty, or property without due process of law; NO; Nor deny to any person within it's jurisdiction the equal protection of the law.

8.) Lieutenant Adamu on 04-04-24 violated my right to "access of courts and to pursue a legal claim(s) participating, knowing, interfered, intruded, hindering by violating my Fourteenth Amendment the right to "access to the courts", which No state shall make or enforce any law, which shall abridge the privileges or immunities of citizens of the United States; Nor shall any state deprive any person of life, liberty or property without due process of law; NO; Nor deny to any person within it's jurisdiction the equal protection of the law.

9.) Lieutenant Cole on 04-10-24 and on other occasions violated my right to "access of courts and to pursue a legal claim(s) participating, knowing, interfered, intruded, hindering by violating my Fourteenth Amendment the

5-B

# Count III.

### 3. Supporting Facts.

9.) A) right to "access to the courts" which no state shall make or enforce any law; which shall abridge the privileges or immunities of citizens of the United States; nor shall any state deprive any person of life, liberty, or property without due process of law; No; nor deny to any person within it's jurisdiction the equal protection of the law.

10.) Lieutenant Batof on 08-22-24 violated my right to "access of courts and to pursue a legal claim(s) participating, knowing, interfered, intruded, hindering by violating my Fourteenth Amendment the right to "access to the courts", which no state shall make or enforce any law, which shall abridge the privileges or immunities of citizens of the United States; nor shall any state deprive any person of life, liberty, or property without due process of law; No; nor deny to any person within it's jurisdiction the equal protection of the law.

11.) Sergeant McClellan on 04-04-24 violated my right to "access" of courts and to pursue a legal claim(s) participating, knowing, interfered, intruded, hindering by violating my Fourteenth Amendment the right to "access to the courts", which no state shall make or enforce any law, which shall abridge the privileges or immunities of citizens of the United States; nor shall any state deprive any person of life, liberty, or property without due process of law; No; nor deny to any person within it's jurisdiction the equal protection of the law.

# COUNT III.

3. Supporting Facts.

12.) Corporal Barreras on 04-04-24 violated my right to "access of courts and to pursue a legal claim(s)" participating, knowing, interfered, intruded, hindering by violating my Fourteenth Amendment the right to "access to the courts" which No state shall make or enforce any law, which shall abridge the privileges or immunities of citizens of the United states; Nor shall any state deprive any person of life, liberty, or property without due process of law; No; Nor deny to any person within it's jurisdiction the equal protection of the law.

13.) Corporal Williams on 04-04-24 violated my right to "access of courts and to pursue a legal claim(s)" for Participating, knowing, interfered, intruded, hindering by violating my Fourteenth Amendment the right to "access to the courts", which No state shall make or enforce any law, which shall abridge the privileges or immunites of Citizens of the United states; Nor shall any state deprive any person of life, liberty, or property without due process of law; No; Nor deny to any person within jurisdiction the equal protection of the law.

14.) Officer Matoz on 04-04-24, 04-26-24 and on other occasions violated my right to "access of courts and to pursue a legal claim(s)" participating, knowing, interfered, intruded, hindering by violating my Fourteenth Amendment the right to "access to the courts" which No state shall make or enforce any law, which shall abridge the privileges or immunities of Citizens of the United states; Nor shall any state deprive any person of life, liberty, or property without due process of law; No; Nor deny to any person within jurisdiction the equal protection of the law.

5-D

# Count III.

## 3. Supporting Facts.

15.) Officer Ramirez on 04-04-24, 04-10-24 and other occasions violated my right to "access of courts and to pursue a legal claim(s)" Participating, knowing, interfered, intruded, hindering by violating my Fourteenth Amendment the right to "access to the courts" which no state shall make or enforce any law, which shall abridge the privileges or immunities of citizens of the united states; Nor shall any state deprive any person of life, liberty or property without due process of law; No; Nor deny to any person within jurisdiction the equal protection of the law.

16.) Officer Alfred on 04-10-24 and other occasions violated my right to "access of courts and to pursue a legal claim(s)", Participating, knowing, interfered, intruded, hindering by violating my Fourteenth Amendment the right to "access to the courts" which no state shall make or enforce any law, which shall abridge the privileges or immunities of citizens of the united states; Nor shall any state deprive any person of life, liberty, or property without due process of law; No; Nor deny to any person within jurisdiction the equal protection of the law.

17.) CCIII Kelemen on 09-22-24 violated my right to "access of courts and to pursue a legal claim(s)" Participating, knowing, interfered, intruded, hindering by violating my Fourteenth Amendment the right to "access to the courts" which no state shall make or enforce any law, which shall abridge the privileges or immunities of citizens of the united states; Nor shall any state deprive any person of life, liberty, or property without due process of law; No; Nor deny to any person within jurisdiction the equal protection of the law.

5-E

## E. REQUEST FOR RELIEF

State the relief you are seeking:
My Sixth Amendment, First Amendment, and Fourteenth Amendment rights were violated. I want relief in "Change" of ADOCRR Policy And Arizona Legislative And All other monetary amounts shall be discussed in the future, For Declaratory Relief and monetary Damages persuit to 42 U.S.C. § 1983 Civil Rights actions and 1915 A, And 1343

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 03-12-2025
DATE

_____
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.