☒ FILED   ☐ LODGED

**SEP 05 2025**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Sonia Ann Rodriguez,
   Plaintiff,

v.

McMillian, et al.,
   Defendants,

No. CV-24-02549-JJT-CDB

Motion Extention For 30 Days

Honorable John J. Tuchi;
   I'm requesting an Extention For 30 Days to Amend the Order and for further research

Signed this 5th day of September 2025

Sonia Ann Rodriguez