MH

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sonia Ann Rodriguez, | No.   CV-24-02549-PHX-JJT (CDB) |
| Plaintiff, | |
| v. | **ORDER** |
| Unknown McMillian, *et al*., | |
| Defendants. | |

In an August 22, 2025 Order, the Court dismissed Plaintiff's Second Amended Complaint and gave her 30 days to file a third amended complaint that cured the deficiencies identified in the Court's Order. On September 5, 2025, Plaintiff filed a Motion (Doc. 15) seeking a 30-day extension of the deadline for filing a third amended complaint. The Court, in its discretion, will grant the Motion. Plaintiff will have 30 days from the filing date of this Order to file a third amended complaint.

**Warnings:**

    **A.     Address Changes**

Plaintiff must file and serve a notice of a change of address in accordance with Rule 83.3(d) of the Local Rules of Civil Procedure. Plaintiff must not include a motion for other relief with a notice of change of address. Failure to comply may result in dismissal of this action.

. . . .

. . . .

**JDDL-K**

### B. Possible "Strike"

Because the Second Amended Complaint was dismissed for failure to state a claim, if Plaintiff fails to file a third amended complaint correcting the deficiencies identified in this Order, the dismissal may count as a "strike" under the "3-strikes" provision of 28 U.S.C. § 1915(g). Under the 3-strikes provision, a prisoner may not bring a civil action or appeal a civil judgment in forma pauperis under 28 U.S.C. § 1915 "if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

### C. Possible Dismissal

If Plaintiff fails to timely comply with every provision of this Order, including these warnings, the Court may dismiss this action without further notice. *See Ferdik*, 963 F.2d at 1260-61 (a district court may dismiss an action for failure to comply with any order of the Court).

**IT IS ORDERED:**

(1) Plaintiff's Motion for Extension of Time (Doc. 15) is granted. Plaintiff has **30 days** from the date this Order is filed to file a third amended complaint in accordance with the August 22, 2025 Order and this Order.

(2) If Plaintiff fails to file a third amended complaint within 30 days, the Clerk of Court must, without further notice, enter a judgment of dismissal of this action with prejudice that states that the dismissal may count as a "strike" under 28 U.S.C. § 1915(g) and deny any pending unrelated motions as moot.

Dated this 15th day of September, 2025.

Honorable John J. Tuchi
United States District Judge