# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sonia Ann Rodriguez,<br><br>           Plaintiff,<br><br>v.<br><br>Unknown McClellan, et al.,<br><br>           Defendants. | **NO. CV-24-02549-PHX-JJT (CDB)**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed September 15, 2025, Plaintiff to take nothing, and the second amended complaint and action are dismissed with prejudice for failure to state a claim. This dismissal may count as a "strike" under 28 U.S.C. § 1915(g).

                                                  Debra D. Lucas
                                                  District Court Executive/Clerk of Court

November 3, 2025

                                              s/ D. Draper
                                        By  Deputy Clerk